FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, LP, a Delaware limited partnership, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FOREVER 21, INC., a Delaware corporation; FOREVER 21 RETAIL, INC., a California corporation; FOREVER 21 LOGISTICS, LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| | ) ) ) |
| Defendants. | ) ) ) |



JUDGE MARRERO

07 CV 2413

RULE 7.1 STATEMENT

RECEIVED MAR 23 2007 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Diane von Furstenberg Studio, LP (private non-governmental parties) respectfully certifies as follows:

1. Diane von Furstenberg Studio, LP has no parent corporations.

2. Diane von Furstenberg Studio, LP is not a publicly held corporation.

Dated: March 23, 2007

Respectfully submitted,
For and on behalf of Plaintiffs
Diane von Furstenberg Studio, LP

_____
Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
GREENBERG TAURIG, LLP
MetLife Building
200 Park Ave
New York, NY 10166
Tel: (212) 801-9200

Dockets.Justia.com