ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

DIANE VON FURSTENBERG STUDIO, L.P.,

Plaintiff,

V.

FOREVER 21, INC., a Delaware corporation;
FOREVER 21 RETAIL, INC., a California
corporation; FOREVER 21 LOGISTICS, LLC, a
Delaware limited liability company,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 2413**

**JUDGE MARRERO**

TO: (Name and address of defendant)

FOREVER 21, INC., 2001 S. Alameda Street Los Angeles, California 90058
FOREVER 21 RETAIL, INC., 2001 S. Alameda Street Los Angeles, California 90058
FOREVER 21 LOGISTICS, LLC, 9 East Lookerman Street Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HARLEY I. LEWIN, Esq.
SCOTT GELIN, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

DATE   MAR 23 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　Date                                                              Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

---

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.