Harley I. Lewin.(HL 1819)
Scott Gelin, (SG9599)
Greenberg Traurig LLP
Metlife Building
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------- :X

**DIANE VON FURSTENBERG STUDIO,**          :     Civil Action No. 07 CV 2413 (VM)
**LP,** a Delaware limited partnership,    :
                                            :
                       Plaintiff,           :
                                            :
            v.                              :
                                            :
**FOREVER 21, INC.,** a Delaware corporation; :
**FOREVER 21 RETAIL, INC.,** a California   :  ACKNOWLEDGMENT OF
corporation; **FOREVER 21 LOGISTICS,**      :  ACCEPTANCE OF SERVICE OF
**LLC,** a Delaware limited liability company, :  PROCESS ON BEHALF OF
**FOREVER 21 CAPITAL HOLDINGS,**            :  DEFENDANTS
**LLC,** a Delaware limited liability company; :
**FOREVER 21 INVESTMENTS, LLC,** a          :
Delaware limited liability company;         :
**FOREVER 21 INTERNATIONAL**                :
**HOLDINGS, INC.,** a Delaware corporation. :
                                            :
                       Defendants.          :
-------------------------------------------------------- :X

I represent the Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Forever 21 Capital Holdings, LLC, Forever 21 Investments, LLC, and Forever 21 International Holdings, Inc., (hereinafter "Defendants") in this action. I hereby acknowledge and accept service of process on behalf of Defendants and waive its right to personal service of the following documents:

1) Amended Summons
2) First Amended Complaint

Dated: New York, NY
       April 19, 2007

                                            Young Yung Kwon, Esq.
                                            Forever 21
                                            2001 S. Alameda Street
                                            Los Angeles, CA 90058

NY 238374992v1 4/16/2007