UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, LP,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC., FOREVER 21 RETAIL, INC., FOREVER 21 LOGISTICS, LLC, FOREVER 21 CAPITAL HOLDINGS, LLC, FOREVER 21 INVESTMENTS, LLC. and FOREVER 21 INTERNATIONAL HOLDINGS, INC.,<br><br>Defendants. | Civil Action No.: 07 CV 2413 (VM) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Forever 21 Capital Holdings, LLC, Forever 21 Investments, LLC, and Forever 21 International Holdings, Inc. I certify that I am admitted to practice in this court.

Dated: May 14, 2007
      New York, New York

Respectfully submitted,

_____
Art C. Cody (AC 5515)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700

{00839989.1}

## CERTIFICATE OF SERVICE

I certify that on this 14 day of May 2007, I served a copy of the foregoing **NOTICE OF APPEARANCE** upon counsel for Plaintiff via email and the ECF filing system which automatically provides a copy to:

> Harley Irwin Lewin
> Greenberg Traurig, LLP
> 200 Park Avenue
> New York, New York 10166
> Email: lewinh@gtlaw.com
>
> Scott David Gelin
> Greenberg Traurig
> 200 Park Avenue
> New York, New York 10166
> Email: gelins@gtlaw.com

*/s/ Limerick Suazo*
Limerick Suazo