Peter S. Sloane (PS 7204)
Art C. Cody (AC 5515)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Attorney for Defendants

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

DIANE VON FURSTENBERG STUDIO, LP,

    Plaintiff,

  v.

FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC, FOREVER 21
CAPITAL HOLDINGS, LLC, FOREVER 21
INVESTMENTS, LLC. and FOREVER 21
INTERNATIONAL HOLDINGS, INC.,

    Defendants.

Civil Action No.: 07 CV 2413 (VM)

### NOTICE OF APPEARANCE OF PETER S. SLOANE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Forever 21 Capital Holdings, LLC, Forever 21 Investments, LLC, and Forever 21 International Holdings, Inc. I certify that I am admitted to practice in this court.

Dated: May 16, 2007
   New York, New York

Respectfully submitted,

_____
Peter S. Sloane (PS 7204)
Art C. Cody (AC 5515)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700

Attorneys for Defendants

{00840795.1}

## CERTIFICATE OF SERVICE

I certify that on this 16 day of May 2007, I served a copy of the foregoing **NOTICE OF APPEARANCE OF PETER S. SLOANE** upon counsel for Plaintiff via email and the ECF filing system which automatically provides a copy to:

>Harley Irwin Lewin
>Greenberg Traurig, LLP
>200 Park Avenue
>New York, New York 10166
>Email: lewinh@gtlaw.com


>Scott David Gelin
>Greenberg Traurig, LLP
>200 Park Avenue
>New York, New York 10166
>Email: gelins@gtlaw.com

_____
Peter S. Sloane