# OSTROLENK, FABER, GERB & SOFFEN, LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036-8403
TEL 212 382 0700  FAX 212 382 0888  FAX 212 398 0681
email@ostrolenk.com

| PARTNERS | | ASSOCIATES | | OF COUNSEL | *DC BAR |
|---|---|---|---|---|---|
| SAMUEL H. WEINER | CHARLES P LAPOLLA | JOEL J FELBER** | JEFF KIRSHNER | MARTIN PFEFFER | **CONNECTICUT BARS |
| ROBERT C. FABER | DOUGLAS A. MIRO | KOUROSH SALEHI** | ART C. CODY | LAWRENCE A HOFFMAN | WASHINGTON OFFICE |
| MAX MOSKOWITZ | PETER S. SLOANE | DOUGLAS Q HAHN | ERICKA K DEWEY | MARTIN J. BERAN | 1725 K STREET, N W. |
| JAMES A. FINDER | | MICHAEL I. MARKOWITZ | KELLY M BARGMANN | PAUL GRANDINETTI* | WASHINGTON, D.C. 20006 |
| WILLIAM O. GRAY, III | | CHARLES P. GUARINO | BELLA KARAKIS | MARK A. FARLEY | TEL 202 457 7795 |
| LOUIS C. DUJMICH | | KEITH J. BARKAUS | DAVID J TORRENTE | GEORGE BRIEGER | FAX 202 429 9919 |

Writer's Direct Dial:
(212) 596-0514

Writer's E-Mail:
acody@ostrolenk.com

May 14, 2007

VIA FACSIMILE (212) 805-6382
Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-15-07
```

RE: *Diane Von Furstenberg Studio, LP
v. Forever 21, Inc. et al. (07 CV 2413)*

Dear Judge Marrero:

We represent Defendants in the subject action. In accordance with the Court's Practice Rule 1.F, we seek a four (4) day extension to the filing of the Answer. The Answer is currently due on Monday, May 14, 2007. With the requested extension, the Answer would be due Friday, May 18, 2007. We have not previously sought an extension and Plaintiff's counsel has agreed to this request.

Respectfully,

Art C. Cody (AC5515)
OSTROLENK, FABER, GERB & SOFFEN, LLP
Attorneys for the Defendants

AC:las

cc: Harley Irwin Lewin (via e-mail)
Scott David Gelin (via e-mail)

```
Request GRANTED. The time for defendant(s) to
answer or otherwise move with respect to the complaint
in this action is extended to  5-18-07

SO ORDERED.

5-14-07                      _____
DATE                         VICTOR MARRERO, U.S.D.J.
```

{00840:87 1}