# OSTROLENK FABER GERB & SOFFEN, LLP

Intellectual Property Attorneys

Direct contact information
212.596.0561
psloane@ostrolenk.com

Please reply to New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-25-07
```

1180 Avenue of the Americas
New York, New York 10036
212.382.0700
Fax 212.382.0888

1725 K Street, N.W.
Washington, D.C. 20006
202.457.7785
Fax 202.429.8919

www.ostrolenk.com
email@ostrolenk.com

May 25, 2007

VIA FACSIMILE
(212) 805-6382

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Diane Von Furstenberg Studio, LP v. Forever 21, Inc. et al.* (07 CV 2413)

Dear Judge Marrero:

    We are the attorneys for the Defendants in the above copyright infringement action. In accordance Your Honor's Individual Practices, we seek a further one-week extension to answer or otherwise respond to the First Amended Complaint. Additional time is requested for Defendants to investigate the claims asserted in the First Amended Complaint and for the parties to continue to discuss whether settlement is possible. Plaintiff's counsel also now informs us that it is investigating a possible additional claim and may seek leave to amend its complaint.

    We have submitted a request for an extension of time through today. With this further requested extension, the new deadline to answer or otherwise respond to the First Amended Complaint would be June 1, 2007.

    Defendants have previously sought two extension requests. Plaintiff's counsel has agreed to this further extension request.

Respectfully submitted,

OSTROLENK, FABER, GERB & SOFFEN, LLP

Peter S. Sloane (PS 7204)

PSS:nb
cc: Harley Irwin Lewin, Esq. (via fax)
    Scott David Gelin, Esq. (via fax)
    Art C. Cody, Esq.

{00843201.1}

---

**Request GRANTED.** The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 6-1-07.

**SO ORDERED.**

5-25-07
DATE     VICTOR MARRERO, U.S.D.J.