# OSTROLENK FABER GERB & SOFFEN, LLP

Intellectual Property Attorneys

Direct contact information
212.596.0561
psloane@ostrolenk.com

Please reply to New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-24-07
```

1180 Avenue of the Americas
New York, New York 10036
212.382.0700
Fax 212.382.0888

1725 K Street, N.W.
Washington, D.C. 20006
202.457.7785
Fax 202.429.8919

www.ostrolenk.com
email@ostrolenk.com

May 17, 2007

VIA FACSIMILE
(212) 805-6382

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Diane Von Furstenberg Studio, LP v. Forever 21, Inc. et al.* (07 CV 2413)

Dear Judge Marrero:

      We are the attorneys for the Defendants in the above copyright infringement action. In accordance Your Honor's Individual Practices, we seek a further one-week extension to answer or otherwise respond to the Complaint. Additional time is requested for Defendants to investigate the claims asserted in the Complaint and for the parties to discuss whether settlement is possible.

      Pursuant to Your Honor's Order dated May 14, 2007, the current deadline is May 18, 2007. With the requested extension, the new deadline to answer or otherwise respond to the Complaint would be May 25, 2007.

      Defendants have previously sought one extension request. Plaintiff's counsel has agreed to this further extension request.

      Respectfully submitted,

OSTROLENK FABER, GERB & SOFFEN, LLP

Peter S. Sloane (PS 7204)

PSS:nb
cc: Harley Irwin Lewin, Esq. (via e-mail)
    Scott David Gelin, Esq. (via e-mail)
    Art C. Cody, Esq.

{00841216.1}

> Request GRANTED. The time for defendants to answer or otherwise respond to the complaint herein is extended to 5-25-07.
>
> SO ORDERED:
> 5-24-07
> DATE    VICTOR MARRERO, U.S.D.J.