Peter S. Sloane (PS 7204)
Art C. Cody (AC 5515)
Cameron S. Reuber (to move for admission pro hac vice)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile:  (212) 382-0888
psloane@ostrolenk.com
acody@ostrolenk.com
creuber@ostrolenk.com

Attorneys for Defendants and Defendant/Counterclaim-Plaintiff Forever 21, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, LP, <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., FOREVER 21 RETAIL, INC., FOREVER 21 LOGISTICS, LLC, FOREVER 21 CAPITAL HOLDINGS, LLC, FOREVER 21 INVESTMENTS, LLC and FOREVER 21 INTERNATIONAL HOLDINGS, INC., <br><br> Defendants, <br> and <br><br> FOREVER 21, INC., <br><br> Defendant/Counterclaim-Plaintiff. | Civil Action No.: <br><br> 07 CV 2413 (VM) |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of this Court and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC,

{00844417.1}

Forever 21 Capital Holdings, LLC, Forever 21 Investments, LLC and Forever 21 International Holdings, Inc., certify that the following are corporate or other parents, subsidiaries, or affiliates of Defendants, securities or other interests in which are publicly held:

**NONE.**

DATED: June 1, 2007
New York, New York

OSTROLENK, FABER, GERB & SOFFEN, LLP

By: _____

Peter S. Sloane (PS 7204)
Art C. Cody (AC 5515)
Cameron S. Reuber (to move for admission pro hac vice)
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888
psloane@ostrolenk.com
acody@ostrolenk.com
creuber@ostrolenk.com

Attorneys for Defendants and Defendant/Counterclaim-Plaintiff Forever 21, Inc.

{00844417.1}

2

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing **RULE 7.1 STATEMENT** was served upon counsel for Plaintiff/Counterclaim-Defendant by ECF and First-Class Mail, postage prepaid, this 1st day of June 2007, addressed as follows:

Harley I. Lewin, Esq.
Scott D. Gelin, Esq.
Greenberg Traurig, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, New York  10166

_____
Limerick Suazo