*Marrero, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE VON FURSTENBERG STUDIO, LP,

                Plaintiff/Counterclaim-Defendant,

v.

FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC, FOREVER 21
CAPITAL HOLDINGS, LLC, FOREVER 21
INVESTMENTS, LLC and FOREVER 21
INTERNATIONAL HOLDINGS, INC.,

                Defendants

Civil Action No.:

07 CV 2413 (VM)

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6-19-07 |

## STIPULATION

It is hereby stipulated by and between the parties that Plaintiff Diane von Furstenberg Studio, LP may submit its Second Amended Complaint in this action. It is further stipulated that 1) the date for Defendants' response to that Complaint shall be twenty days from the Court's entry of this Order; and 2) Plaintiff's response to Defendants' Counterclaim shall likewise be due twenty days from the Court's entry of this Order.

DATED: June 18, 2007

By: _____

Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 0166
Tel: (212) 801-9200
Fax: (212) 801-6400

**SO ORDERED**

Dated: 18 June 2007

By: _____

Peter S. Sloane (PS 7204)
Art C. Cody (AC 5515)
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036
Tel: (212) 382-0700
Fax: (212) 382-0888

By: _____
    Judge Victor Marrero
    UNITED STATES DISTRICT JUDGE

{00847391.1}