# Exhibit A

Dockets.Justia.com



# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-395-823

EFFECTIVE DATE OF REGISTRATION

MAR 19 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼
Flower Lace Band

NATURE OF THIS WORK ▼ See instructions
Fabric/Icon of Clothing

Previous or Alternative Title ▼

Publication as a Contribution — If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼
**a** Diane von Furstenberg Studio LP

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed  This information must be given in all cases.  2006 ◀ Year

**b** Date and Nation of First Publication of This Particular Work  Complete this information ONLY if this work has been published.
Month April    Day 27    Year 2006
Nation U.S.A.

**4**
COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Diane von Furstenberg Studio LP

APPLICATION RECEIVED
MAR 19 2007
ONE DEPOSIT RECEIVED
MAR 19 2007
TWO DEPOSITS RECEIVED

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

**EXAMINED BY** _____    **FORM VA**

**CHECKED BY**

☐ **CORRESPONDENCE**
  ☐ Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**\*Amended by C.O. from phone call to Abigail Klem on March 21, 2007.**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work that this work is based on or incorporates. ▼

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Abigail Klem, Director of Licensing and Business Development
Diane von Furstenberg Studio L.P., 440 West 14th Street, New York, NY 10014

b

Area code and daytime telephone number   ( 212 ) 741-6607          Fax number   ( 212 ) 741-8273
Email

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▸
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☒ authorized agent of   **Diane von Furstenberg Studio LP**
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Paula Sutter                                          Date   **March 16, 2007**

Handwritten signature (X) ▼
X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Abigail Klem

Number/Street/Apt ▼
Diane von Furstenberg Studio 140 West 14th Street

City/State/Zip ▼
New York, NY 10014

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Printed on recycled paper

U.S. Government Printing Office: 2004-304-001/60, 122

Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-395-624**

EFFECTIVE DATE OF REGISTRATION

**MAR 19 2007**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼
**Small Dentelle**

NATURE OF THIS WORK ▼ See instructions
Fabric/Home or Clothing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**
NAME OF AUTHOR ▼
Diane von Furstenberg Studio LP

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ U.S.A.
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**
Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a**
Year in Which Creation of This Work Was Completed
**2006** ◄ Year
This information must be given in all cases.

**b**
Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **April**    Day **27**    Year **2006**
Nation **U.S.A.**

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Diane von Furstenberg Studio LP

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 19 2007
ONE DEPOSIT RECEIVED
MAR 19 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

| | |
|---|---|
| EXAMINED BY *SDW* | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**\*Amended by C.O. from phone call to Abigail Klem on March 21, 2007.**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Abigail Klem, Director of Licensing and Business Development
Diane von Furstenberg Studio L.P., 440 West 14th Street, New York, NY 10014

a
b

Area code and daytime telephone number ( 212 ) 741-6607    Fax number ( 212 ) 741-8273

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Diane von Furstenberg Studio LP**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paula Sutter

Handwritten signature (X) ▼    Date March 16, 2007

X

**8**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Abigail Klem

Number/Street/Apt ▼
Diane von Furstenberg Studio / 40 West 14th Street

City/State/Zip ▼
New York, NY 10014

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA    Rev: 07/2006    Print: 07/2006—30,000    Printed on recycled paper    U.S. Government Printing Office: 2004-304-366/60,186

Exhibit D



Exhibit E

03/23/07  11:51 FAX 202 70  6859          I & R DIVISION                                      @006

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-395-625

EFFECTIVE DATE OF REGISTRATION

3/19/07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  Title of This Work ▼
Mimosa

NATURE OF THIS WORK ▼ See instructions
Fabric/Feature of Drawing

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**  NAME OF AUTHOR ▼
**a**  Diane von Furstenberg Studio LP

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ U.S.A
       Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction X work of art     ☐ Jewelry design   ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
       Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work

---

**3**  Year in Which Creation of This Work Was Completed
**a**  2005  Year  This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
**b**  Complete this information ONLY if this work has been published.
Month  September   Day  11   Year  2005
U.S.A   Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Diane von Furstenberg Studio LP

APPLICATION RECEIVED
MAR 19 2007
ONE DEPOSIT RECEIVED
MAR 19 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ 2 ___ pages

EXAMINED BY    SDW                    FORM VA

CHECKED BY

CORRESPONDENCE
☐ Yes                                FOR
                                     COPYRIGHT
                                     OFFICE
                                     USE
                                     ONLY

**\*Amended by C.O. from phone call
to Abigail Klem on March 21, 2007.**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼                    **5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼                **6**
                                                                                                                        **a**
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼                                                            **7**
                                                                                                                        **a**
**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼    **b**

Abigail Klem, Director of Licensing and Business Development
Diane von Furstenberg Studio L.P., 440 West 14th Street, New York, NY 10014

Area code and daytime telephone number  ( 212 ) 74  -6607                    Fax number  ( 212 ) 741-8273
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
              ☐ other copyright claimant
              ☐ owner of exclusive right(s)
              ☑ authorized agent of Diane von Furstenberg Studio LP                                                    **8**
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Paula Sutter                                                                  Date  March 16, 2007

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Abigail Klem
Number/Street/Apt ▼
Diane von Furstenberg Studio 440 West 14th Street
City/State/Zip ▼
New York, NY 10014                                                                                                      **9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA    Rev: 07/2006    Print: 07/2006—20,000    Printed on recycled paper                    U.S. Government Printing Office: 2004-000-000-00/000

Exhibit F



Exhibit G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 711-001**

EFFECTIVE DATE OF REGISTRATION

**SEP 11 2006**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

SCATTERED STONES

**NATURE OF THIS WORK ▼ See instructions**

Fabric/Items of Clothing

**Previous or Alternative Title ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** Diane von Furstenberg Studio LP

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___U.S.A___
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?          ☐ Yes   ☐ No
Pseudonymous?     ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture          ☐ Map                  ☐ Technical drawing
☑ 2-Dimensional artwork             ☐ Photograph        ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?          ☐ Yes   ☐ No
Pseudonymous?     ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture          ☐ Map                  ☐ Technical drawing
☐ 2-Dimensional artwork             ☐ Photograph        ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Diane von Furstenberg Studio LP
389 14th Street
New York, New York 10014

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
9-11-06
ONE DEPOSIT RECEIVED
9-11-06
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | _(signature)_ | FORM VA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b

Abigail Klem, Director of Licensing and New Business
Diane von Furstenberg Studio 389 West 12th Street New York, NY 10014

Area code and daytime telephone number   ( 212 ) 741-6607              Fax number   ( 212 ) 741-8273
Email

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of **Diane von Furstenberg Studio**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Paula Sutter                                                     Date  August 31, 2006

Handwritten signature (X) ▼
X _(signature)_

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Abigail Klem

Number/Street/Apt ▼
Diane von Furstenberg Studio 389 West 12th Street

City/State/ZIP ▼
New York, NY 10014

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

---

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                                        U.S. Government Printing Office: 2004-330-958/60,126

# Exhibit H





Exhibit I







Exhibit J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

RE **VAu 704—991**



EFFECTIVE DATE OF REGISTRATION

**SEP 13 2006**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼
SCATTERED GINKOS

NATURE OF THIS WORK ▼ See instructions
Fabric/Items of Clothing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Diane von Furstenberg Studio LP

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ U.S.A
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ___ Day ___ Year ___ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Diane von Furstenberg Studio
389 West 12th Street
New York, New York 10014

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED **SEP 13 2006**
ONE DEPOSIT RECEIVED **SEP 13 2006**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.     · Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | *STI* | FORM VA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Abigail Klem, Director of Licensing and New Business
389 West 12th Street
New York, NY 10014

b

Area code and daytime telephone number   ( 212 ) 741-6607     Fax number   ( 212 ) 741-8273

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Diane von Furstenberg Studio

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paula Sutter     Date  August 31, 2006

Handwritten signature (X) ▼

X

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Abigail Klem

Number/Street/Apt ▼
Diane von Furstenberg Studio 389 West 12th Street

City/State/Zip ▼
New York, NY 10014

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA — Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper     U.S. Government Printing Office: 2004-326-958/750,106

Exhibit K





Exhibit L



Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA                    VAU
EFFECTIVE DATE OF REGISTRATION

_____
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

CUT OUT TULIPS

**NATURE OF THIS WORK ▼** See Instructions

Fabric/Items of Clothing

**Previous or Alternative Title ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Diane von Furstenberg Studio, L.P.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of    U.S.A
      Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
      Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**Year in Which Creation of This Work Was Completed**
2006
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  August      Day  1      Year  2006
Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Diane von Furstenberg Studio, L.P
440 West 14th Street, New York, NY 10014

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.      • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ ____ pages

| EXAMINED BY | FORM VA |
|---|---|

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Abigail Klem, Director of Licensing and Business Development
440 West 14th Street, New York, NY 10014

Area code and daytime telephone number    ( 212 ) 741-5607    Fax number    ( 212 ) 741-8273

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Diane von Furstenberg Studio, L.P.
　　　　　　　　　　　　Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paula Sutter    Date May 29, 2007

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼ Abigail Klem |
|---|---|
| | Number/Street/Apt ▼ Diane von Furstenberg Studio, 440 West 14th Street |
| | City/State/ZIP ▼ New York, NY 10014 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev. 07/2006   Print: 07/2006—30,000   Printed on recycled paper    U.S. Government Printing Office: 2004-320-958/60,126

Exhibit M

# forever21

track order    gift card    wish list    my account    [ not registered? Click! ]

WOMENS

search    enter keyword or item#    go    🛒    **0 items in my bag** check out

casual tops    dressy tops    basics    sweaters    outerwear    pants    shorts    skirts    dresses    denim    accessories    jewelry    intimates    sale



prev        next



## Silk Sabrina Dress
## List Price: $32.80
Sophisticated silk dress with cap sleeves and Sabrina neckline. Features smocked top, 33" shoulder to hem length, 100% silk, hand wash cold, Imported
ProductCode: 2035464561

**click swatch to view colors**





**Color**    YELLOW ▾

**Size**    Size ▾    📏 Size Chart

**Qty**    1

Add to shopping bag        Add to wish list



Born Free
**$13.80**




Sandy Scarf
**$4.80**



Strapless Polka Dot Dress
Orig.:$27.80
**Now:$19.99**



Petal to the Metal Necklace
**$5.80**

customer service    products    new arrivals    store locator    forever21 inc.    business with us    terms of use

share your thoughts and suggestions

# forever21

track order   gift card   wish list   my account

WOMEN'S

search  [ enter keyword or item# ]  go

0 items in my bag   check out

handbags   belts   sunglasses   hair goods   hats, scarves & other
necklaces   bracelets   rings

casual tops   dressy tops   basics   sweaters   outerwear   pants   shorts   skirts   dresses   denim   accessories   jewelry   intimates   sale

prev     next



**Pinecone Dress**
**List Price: $24.80**
Fun spray print flower dress with raw edged scoop neck and puff
sleeves with one button cuff. Adjustable sash ties at waist and two
lower front pockets. 100% cotton, machine wash cold, Imported
ProductCode: 2035368585

**click swatch to view colors**



Color   [ WHITE ▼ ]

Size    [ Size  ▼ ]   Size Chart

Qty     [ 1 ]

Add to shopping bag       Add to wish list

🔍 click image to zoom



| Katherine Top | Shirred Tunic | Sabrina Dress | Details Belt |
|---|---|---|---|
| $19.80 | $19.80 | $24.80 | $8.80 |



with your thoughts and suggestions

# forever21

track order   gift card   wish list   my account   [not registered? Click]

WOMEN'S

search  [ enter keyword or item# ] go   🛒  **0** items in my bag  check out

new  handbags  belts  sunglasses  hair goods  hats scarves & other

earrings  necklaces  bracelets  rings

casual tops | dressy tops | basics | sweaters | outerwear | pants | shorts | skirts | dresses | denim | accessories | jewelry | intimates | sale



🔍 click image to zoom

prev    next

### Lexi Tunic
### $24.80
Amazing woven tunic with geometric print, ruched neckline, dual layered cape sleeves with sheer accent, 20" side seam, 100% polyester, hand wash, USA
ProductCode: 2037052809

**click swatch to view colors**



Color   [ ROYAL ▼ ]

Size    [ Size ▼ ]   📏 Size Chart

Qty     [ 1 ]

Add to shopping bag      Add to wish list

complete your new look



Live Fast
**$14.80**



Leopard Tunic
**$17.80**



Silver Thread Tube Top
**$17.80**

Wooden Button Studs
**$3.80**

# forever21

[ not registered? click! / **Sign In** ]

WOMEN'S

 search   | enter keyword or item# | go

🛒  **0** items in my bag  check out

| casual tops | dressy tops | basics | sweaters | outerwear | pants | shorts | skirts | dresses | denim |
| shoes | accessories | jewelry | intimates | sale | 21 specials | | | | |

< Prev    Next >

### Woven Tunic
### $17.80
Woven cotton top with leaf pattern, lace trimmed neckline, ruched at the bust, ties in the back, 100% cotton, hand wash cold, hang dry, Imported
ProductCode: 2038580298

**click swatch to view colors**



🔍 click image to zoom



Color    | DARK BROWN ▾ |

Size     | Size ▾ |   📏 Size Chart

Qty      | 1 |



⊞ Add to Shopping Bag      ⊞ Add to Wish List



**Faux Lace Bangle**
**$4.80**



**Halter Ring Dress**
**$24.80**



**Heritage Henley**
**$15.00**



**F7050 Sunglasses**
**$4.80**

customer service      careers      new stores      store locator      forever21 inc      business with us      terms of use

<u>share your thoughts and suggestions</u>

To send us your comments and suggestions regarding Forever21.com, click here.

(c) 2007 Forever 21 Inc. All rights reserved.



# forever21

Top of Form
Bottom of Form

WOMEN'S

search   enter keyword or item#

🛒 **0** items in my bag   check out

| casual tops | dressy tops | basics | sweaters | outerwear | pants | shorts | skirts | dresses | denim |
| shoes | accessories | jewelry | intimates | sale | 21 specials |

< Prev   Next >



🔍 click image to zoom

**Silk Babydoll Top**
**$22.80**
Luxurious silk chiffon babydoll is perfect for any occasion! Lined at the bust, side zipper closure, 20" side seam, hand wash cold, hang dry, Imported
ProductCode: 2038856229

**click swatch to view colors**



Top of Form

**Color**   ------------------------ ▼

**Size**   Size ▼   📏 Size Chart

| (5C9163FF-0919- | FOREVER21 | Dressy Tops |
| 2038856229 | 38856229 | 159691 |
| 22.8 | Silk Babydoll Top | **Qty** 1 |

🛒 **Add to Shopping Bag**   📥 **Add to Wish List**

all

Bottom of Form

