# Greenberg Traurig

Scott Gelin
Tel (212) 801-2191
Fax (212) 224-6147
gelins@gtlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-07
```

October 5, 2007

**VIA FACSIMILE** - (212) 805-6382

The Honorable Victor Marrero
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007

Re:  Diane von Furstenberg Studio, LP v. Forever 21, Inc. et al., 07 Civ. 2413 (VM)

Dear Judge Marrero:

Plaintiff/Counterclaim-Defendant Diane von Furstenberg Studio, LP and Defendants/Counterclaim-Plaintiffs Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Forever 21 Capital Holdings, LLC, Forever 21 Investments, LLC and Forever 21 International Holdings, Inc. (collectively, "Parties") in the above-referenced matter had advised the Court on September 6, 2007 that Parties had settled in principle and anticipated sending a notice of dismissal within thirty (30) days. Accordingly, on September 7, 2007, the Court conditionally discontinued the action for thirty (30) days without prejudice. Parties now jointly submit this letter to inform the Court that the Parties are continuing to finalize the terms of the settlement that they reached in principle. Parties request that the Court extend its conditional discontinuance for an additional two weeks until October 22, 2007, during which time the Parties expect to finalize settlement and within which time Parties anticipate sending the Court a notice of dismissal.

Respectfully submitted,

*Scott Gelin*

*Counsel for Plaintiff/Counterclaim-Defendant Diane von Furstenberg Studio, LP*

*Peter Sloane (ns)*
Peter S. Sloane

*Counsel for Defendants/Counterclaim-Plaintiffs Forever 21, Inc.; Forever 21 Retail, Inc.; Forever 21 Logistics, LLC; Forever 21 Capital Holdings, LLC; Forever 21 Investments, LLC; and Forever 31 International Holdings, Inc.*

Request GRANTED. The Conditional Order of Discontinuance herein is amended to extend until 10-22-07 the date by which plaintiff may restore the action to the Court's active calendar.

**SO ORDERED.**

10-5-07
DATE                VICTOR MARRERO, U.S.D.J.

NY 238547049v1 10/4/2007

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com